FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -9 PM 3: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARNELL LEWIS #327412 | CIVIL ACTION |
| VERSUS | NO. 04-2177 |
| BURL CAIN, WARDEN | SECTION "S" (6) |

### ORDER

Petitioner Darnell Lewis filed this action under 28 U.S.C. § 2254, seeking relief from his state convictions for armed robbery and attempted second degree murder. The court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection thereto, hereby **OVERRULES** petitioner's objection and adopts the Magistrate Judge's Report and Recommendation as its opinion.

Accordingly, **IT IS ORDERED** that the petition of Darnell Lewis for federal *habeas corpus* relief is hereby **DISMISSED WITH PREJUDICE**. Lewis' request for an evidentiary hearing (Document 19) is **DENIED** for the reasons assigned by the magistrate judge.

New Orleans, Louisiana this 9 day of January, 2006.

Mary Ann Vial Lemmon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____